IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wendt, David M

Printed: 02/10/09

Case Number: 05 B 03589
Judge: Goldgar, A. Benjamin
Filed: 2/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 4, 2009
Confirmed:    April 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 37,339.92 |  |
| Secured: |  | 14,852.64 |
| Unsecured: |  | 17,973.82 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,544.00 |
| Trustee Fee: |  | 1,969.46 |
| Other Funds: |  | 0.00 |
| Totals: | 37,339.92 | 37,339.92 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Zalutsky & Pinski Ltd | Administrative | 2,544.00 | 2,544.00 |
| 2. Harley Davidson Credit | Secured | 14,852.64 | 14,852.64 |
| 3. Harley Davidson Credit | Unsecured | 3,181.69 | 3,181.69 |
| 4. Asset Acceptance | Unsecured | 77.12 | 77.12 |
| 5. Premier Bankcard | Unsecured | 605.41 | 605.41 |
| 6. Citizens Bank | Unsecured | 13,977.13 | 0.00 |
| 7. Nicor Gas | Unsecured | 132.47 | 132.47 |
| 8. Great Bank | Unsecured | 13,977.13 | 13,977.13 |
| 9. AT&T Broadband | Unsecured |  | No Claim Filed |
| 10. Comcast | Unsecured |  | No Claim Filed |
| 11. Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. Direct Tv | Unsecured |  | No Claim Filed |
|  |  | $ 49,347.59 | $ 35,370.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 108.40 |
| 3% | 69.12 |
| 5.5% | 432.96 |
| 5% | 124.80 |
| 4.8% | 229.08 |
| 5.4% | 560.10 |
| 6.5% | 300.72 |
| 6.6% | 144.28 |
|  | $ 1,969.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wendt, David M | Case Number:  05 B 03589 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 02/10/09 | Filed:  2/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

     Marilyn O. Marshall, Trustee, by:

     */s/ Mach*